

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-2-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARRANZO PEREZ,<br><br>        Petitioner,<br><br>    vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | Case No. EDCV 11-1833-AG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On September 17, 2012, Petitioner filed Objections to the Report and Recommendation, in which he mostly simply reargues his claims. In addition, however, Petitioner argues that the Magistrate Judge erred when she described the California Supreme Court as having "summarily denied" his Petition for Review because "[t]hat would mean that the California Supreme Court actually read" the petition and "concluded" that it "had no merit." (Objections at 4.) Because, Petitioner claims, the state supreme court did not actually review the petition, he asks that this Court "order the California Supreme Court to Review this Petition on it's own merits as the 14th Amendment of the United States Constitution

allows." (Id.)

Petitioner seems to misunderstand the Magistrate Judge's use of the term "summary denial." He equates it to "summary judgment" and argues that it necessarily means a determination on the merits. (Id.) In context, however, "summary denial" means simply without explanation of any kind. The Magistrate Judge understood that "under California law, the state supreme court's discretionary denial of a petition for review is decidedly not a decision on the merits," see Williams v. Cavazos, 646 F.3d 626, 636 (9th Cir. 2011), cert. granted, 132 S. Ct. 1088 (U.S. Jan. 13, 2012) (No. 11-465), which is why she applied the "look through" doctrine (see Rep. & Rec. at 2).

Having made a de novo determination of those portions of the Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is DENIED without leave to amend; (2) Petitioner's requests for an evidentiary hearing and appointment of counsel are DENIED; and (3) Judgment be entered dismissing this action with prejudice.

DATED: October 31, 2012

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE